| | |
|---|---|
| WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE, REGION 2<br>U.S. Department of Justice<br>Office of the United States Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Tel. (212) 510-0500<br>By:   Andrea B. Schwartz, Esq.<br>       Trial Attorneys | **Relates to:**<br>ECF No. 41 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

In re                                              :        Chapter 11
                                                   :
    51 EAST 73RD STREET, LLC,       :        Case No. 20-10683 (SHL)
                                                   :
                      Debtor.                    :

---------------------------------------------------------------

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To:   Lori Lapin Jones
       Lori Lapin Jones PLLC
       98 Cutter Mill Road, No. 201N
       Great Neck NY 11021
       516.466.4110

You are hereby notified of your appointment as Trustee of the estate of 51 East 73rd Street, LLC. You shall maintain a bond in an amount not less than $10,000.00 for the estate unless the U.S. Trustee notifies you otherwise.

| | |
|---|---|
| Dated: New York, New York<br>       May 28, 2020 | WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE<br><br>By    */s/ Andrea B. Schwartz*<br>       Andrea B. Schwartz<br>       Trial Attorney |