**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re<br><br>51 EAST 73RD ST LLC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10683 |
|---|---|

### Monthly Operating Report December 1, 2020 to December 31, 2020

Federal Tax I.D. No. XX-XXX9009

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | | Explanation Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 (RE) | | | |
| Balance Sheet | MOR-3 (RE) | | | |
| Status of Post Petition Taxes | MOR-4 (RE) | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | | |
| Listing of Aged Accounts Payable | | | | |
| Accounts receivable reconciliation and aging | MOR-5 (RE) | | | |
| Tax reconciliation and aging | MOR-5 (RE) | | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | | |
| Post Petition Status of Secured Notes, Leases | MOR-6 (RE) | | | |
| Debtor Questionnaire | MOR-7 (RE) | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

/s/ Lori Lapin Jones, Chapter 11 Trustee          1/13/2021
LORI LAPIN JONES, CHAPTER 11 TRUSTEE          Dated:

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

1

51 East 73rd St LLC
Case No. 20-10683 (shl)

Reporting Period: December 1, 2020 through December 31, 2020

On March 3, 2020, 51 East 73rd St LLC ("Debtor") filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"). By Order dated June 1, 2020, the Bankruptcy Court approved the appointment of Lori Lapin Jones, Esq. as Chapter 11 Trustee of the Debtor's estate ("Trustee").

The Trustee was not provided with financial books and records of the Debtor. No bank accounts were turned over. Accordingly, the information provided in this report is limited to the finances under the Trustee's control.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

51 East 73rd St LLC

Debtor.

Chapter 11

Case No. 20-10683

Monthly Operating for the Period December 1, 2020 to December 31, 2020

SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH -ACTUAL" column must equal the sum of the five bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.

| | BANK ACCOUNTS | | | | | TOTAL |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | MECHANICS BANK ACCT # 0200 | | | | | |
| CASH BEGINNING OF MONTH | $16,370.50 | $0.00 | $0.00 | $0.00 | $0.00 | $16,370.50 |
| RECEIPTS | | | | | | |
| GOODMAN CAPITAL ADVANCE | | | | | | |
| | | | | | | |
| TOTAL RECEIPTS | | | | | | |
| DISBURSEMENTS | | | | | | |
| INSURANCE | $8,900.00 | | | | | $8,900.00 |
| RECEIVER LEGAL FEES | | | | | | |
| RECEIVER PROPERTY MANAGEMENT FEES | | | | | | |
| RECEIVER FEES | | | | | | |
| TITLE REPORT | | | | | | |
| UTILITIES | $178.15 | | | | | $178.15 |
| LOCKSMITH | | | | | | |
| POSTAGE | $26.30 | | | | | $26.30 |
| PROPERTY MANAGEMENT | $2,000.00 | | | | | $2,000.00 |
| US TRUSTEE FEES | | | | | | |
| SNOW REMOVAL | $200.00 | | | | | $200.00 |
| | | | | | | |
| TOTAL DISBURSEMENTS | $11,304.45 | | | | | $11,304.45 |
| NET CASH FLOW | -$11,304.45 | $0.00 | $0.00 | $0.00 | $0.00 | -$11,304.45 |
| CASH – END OF QUARTER | $5,066.05 | $0.00 | $0.00 | $0.00 | $0.00 | $5,066.05 |

21

2

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE MONTHLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | $11,304.45 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $11,304.45 |

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted (Bank account numbers may be redacted to last four numbers.)

| | MECHANICS BANK ACCT #0200 | | | | |
|---|---|---|---|---|---|
| BALANCE PER BOOKS | $5,066.05 | | | | |
| BANK BALANCE | $10,879.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | $5,813.27 | | | | |
| UNRECONCILED DIFFERENCE | | | | | |
| ADJUSTED BANK BALANCE | $5,066.05 | | | | |
| DEPOSITS IN TRANSIT | | Date | Date | | Amount |
| | | | | | |
| CHECKS OUTSTANDING | DATE | CK # | AMOUNT | | Amount |
| MYC & ASSOCIATES | 12/22/2020 | 138 | 200.00 | | |
| TIME WARNER | 12/29/2020 | 140 | 136.97 | | |
| TRUSTEE RESOURCE | 12/29/2020 | 141 | 4,450.00 | | |
| MYC & ASSOCIATES | 12/29/2020 | 142 | 1,000.00 | | |
| MYC & ASSOCIATES | 12/29/2020 | 143 | 26.30 | | |
| TOTAL | | | 5,813.27 | | |

3

9:42 AM
01/06/21

# 51 EAST 73RD STREET LLC
## Reconciliation Summary
### Mechanics Bank, Period Ending 12/31/2020

|  | Dec 31, 20 |
|---|---|
| **Beginning Balance** | 18,020.67 |
| **Cleared Transactions** |  |
|     Checks and Payments - 7 items | -7,141.35 |
| **Total Cleared Transactions** | -7,141.35 |
| **Cleared Balance** | 10,879.32 |
| **Uncleared Transactions** |  |
|     Checks and Payments - 5 items | -5,813.27 |
| **Total Uncleared Transactions** | -5,813.27 |
| Register Balance as of 12/31/2020 | 5,066.05 |
| **Ending Balance** | 5,066.05 |

9:42 AM

01/06/21

# 51 EAST 73RD STREET LLC
## Reconciliation Detail
### Mechanics Bank, Period Ending 12/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 18,020.67 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 7 items** | | | | | | |
| Check | 11/23/2020 | 131 | MYC & Asscoaites | X | -1,088.70 | -1,088.70 |
| Check | 11/23/2020 | 132 | MYC & Asscoaites | X | -250.00 | -1,338.70 |
| Check | 11/23/2020 | 133 | Con Edison | X | -174.50 | -1,513.20 |
| Check | 11/27/2020 | 134 | Time Warner Cable | X | -136.97 | -1,650.17 |
| Check | 12/02/2020 | 135 | MYC & Asscoaites | X | -1,000.00 | -2,650.17 |
| Check | 12/14/2020 | 137 | Trustee Resource G... | X | -4,450.00 | -7,100.17 |
| Check | 12/22/2020 | 139 | Con Edison | X | -41.18 | -7,141.35 |
| Total Checks and Payments | | | | | -7,141.35 | -7,141.35 |
| **Total Cleared Transactions** | | | | | -7,141.35 | -7,141.35 |
| **Cleared Balance** | | | | | -7,141.35 | 10,879.32 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 12/22/2020 | 138 | MYC & Asscoaites | | -200.00 | -200.00 |
| Check | 12/29/2020 | 141 | Trustee Resource G... | | -4,450.00 | -4,650.00 |
| Check | 12/29/2020 | 142 | MYC & Asscoaites | | -1,000.00 | -5,650.00 |
| Check | 12/29/2020 | 140 | Time Warner Cable | | -136.97 | -5,786.97 |
| Check | 12/29/2020 | 143 | MYC & Asscoaites | | -26.30 | -5,813.27 |
| Total Checks and Payments | | | | | -5,813.27 | -5,813.27 |
| **Total Uncleared Transactions** | | | | | -5,813.27 | -5,813.27 |
| **Register Balance as of 12/31/2020** | | | | | -12,954.62 | 5,066.05 |
| **Ending Balance** | | | | | -12,954.62 | 5,066.05 |

Page 1

 **Mechanics Bank**
P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*



Period Covered:
December 01, 2020 - December 31, 2020
Page 2 of 4

| | | |
|---|---|---|
| Lori Lapin Jones | Case Number | 20-10683 |
| 98 Cutter Mill Road Suite 255 South | Case Name | 51 EAST 73RD ST LLC |
| Great Neck NY 11021 | Trustee Number | 0000521865 |
| | Trustee Name | Lori Lapin Jones |

**Questions**
(800) 634-7734
banking.services@stretto.com
www.stretto.com

## TRUSTEE CHECKING                                                         Account Number: ▮0200

| | | | |
|---|---|---|---|
| Enclosures | 7 | Beginning Balance | $18,020.67 |
| Avg Collected Balance | $13,832.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $7,141.35 |
| | | Ending Balance | $10,879.32 |

### Checks

*\* Indicates a Skip in Check Number(s)*
*"E" Indicates an Electronic Check*

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 131 | 12-02 | 1,088.70 | 134 | 12-02 | 136.97 | 137* | 12-18 | 4,450.00 |
| 132 | 12-02 | 250.00 | 135 | 12-14 | 1,000.00 | 139* | 12-31 | 41.18 |
| 133 | 12-02 | 174.50 | | | | | | |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 18,020.67 | 12-14 | 15,370.50 | 12-31 | 10,879.32 |
| 12-02 | 16,370.50 | 12-18 | 10,920.50 | | |



**Mechanics Bank**
P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*



Mechanics Bank
Member FDIC
NMLS #442116

Account Number ████0200
Period Covered:
December 01, 2020 - December 31, 2020
Page 3 of 4



| | | |
|---|---|---|
| 12/02/20 #131 $1,088.70 | 12/02/20 #131 $1,088.70 |
| 12/02/20 #132 $250.00 | 12/02/20 #132 $250.00 |
| 12/02/20 #133 $174.50 | 12/02/20 #133 $174.50 |
| 12/02/20 #134 $136.97 | 12/02/20 #134 $136.97 |



**Mechanics Bank**
P.O. Box 6010
Santa Maria, CA 93456-6010
*Return Service Requested*



Account Number ▮▮▮▮0200

Period Covered:
December 01, 2020 - December 31, 2020
Page 4 of 4



9:43 AM
01/06/21

# 51 EAST 73RD STREET LLC
## Check Detail
### December 2020

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | 135 | 12/02/2020 | MYC & Asscoaites | | Mechanics Bank | | -1,000.00 |
| | | | | | Property Management | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | -1,000.00 | 1,000.00 |
| Check | 137 | 12/14/2020 | Trustee Resource Gr... | | Mechanics Bank | | -4,450.00 |
| | | | | | Insurance Expense | -4,450.00 | 4,450.00 |
| TOTAL | | | | | | -4,450.00 | 4,450.00 |
| Check | 138 | 12/22/2020 | MYC & Asscoaites | | Mechanics Bank | | -200.00 |
| | | | | | Repairs and Maintena... | -200.00 | 200.00 |
| TOTAL | | | | | | -200.00 | 200.00 |
| Check | 139 | 12/22/2020 | Con Edison | | Mechanics Bank | | -41.18 |
| | | | | | Utilities | -41.18 | 41.18 |
| TOTAL | | | | | | -41.18 | 41.18 |
| Check | 140 | 12/29/2020 | Time Warner Cable | | Mechanics Bank | | -136.97 |
| | | | | | Utilities | -136.97 | 136.97 |
| TOTAL | | | | | | -136.97 | 136.97 |
| Check | 141 | 12/29/2020 | Trustee Resource Gr... | | Mechanics Bank | | -4,450.00 |
| | | | | | Insurance Expense | -4,450.00 | 4,450.00 |
| TOTAL | | | | | | -4,450.00 | 4,450.00 |
| Check | 142 | 12/29/2020 | MYC & Asscoaites | | Mechanics Bank | | -1,000.00 |
| | | | | | Property Management | -1,000.00 | 1,000.00 |
| TOTAL | | | | | | -1,000.00 | 1,000.00 |
| Check | 143 | 12/29/2020 | MYC & Asscoaites | | Mechanics Bank | | -26.30 |
| | | | | | Postage | -26.30 | 26.30 |
| TOTAL | | | | | | -26.30 | 26.30 |