UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                                    Chapter 11

51 EAST 73RD ST LLC,                                          Case No.: 20-10683 (SHL)

        Debtor.
--------------------------------------------------------------x

### ORDER APPROVING THE RETENTION OF ROSEWOOD REALTY GROUP AS REAL ESTATE BROKER TO THE CHAPTER 11 TRUSTEE

Upon the application ("Application") of Lori Lapin Jones, Esq., solely in her capacity as Chapter 11 Trustee ("Trustee") of 51 East 73rd St LLC ("Debtor"), seeking entry of an Order of the Court approving the retention of Rosewood Realty Group ("Rosewood") as her real estate broker to market for sale and solicit offers for the Debtor's real property and improvements located at 51-53 East 73rd Street, New York, New York 10017 ("Property"); and upon the affidavit of Greg Corbin, which is attached to the Application; and the Court being satisfied that: (i) Rosewood neither represents nor holds any interest adverse to the Trustee or to the Debtor's estate; (ii) Rosewood is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) ("Bankruptcy Code"); and (iii) the employment of Rosewood is necessary and would be in the best interests of the Debtor's estate; it is hereby

**ORDERED** that the Application is granted to the extent provided herein; and, it is further

**ORDERED** that, in accordance with section 327(a) of the Bankruptcy Code, Rosewood is retained as real estate broker to the Trustee to market for sale and solicit offers for the Property; and, it is further

**ORDERED** that, if the Property is sold to a third party or entity other than NYC NPL Servicing LLC (or its assignee) and Rosewood is the sole broker, Rosewood shall be entitled to

compensation in the form of a commission of 2.5% of the gross sales price (inclusive of expenses); and, it is further

**ORDERED** that, if the Property is sold to a third party or entity other than NYC NPL Servicing LLC (or its assignee) and Rosewood is a co-broker, Rosewood shall be entitled to compensation in the form of a commission of 1.5% of the gross sales price (inclusive of expenses) (it being understood that the co-broker will also be entitled to 1.5% of the gross sales price (inclusive of its expenses);

**ORDERED** that, if the Property is sold either to Michael Chetrit, Elise Dray David, Emmanuel David, Harold Einhorn, or their respective designee, Rosewood shall be entitled to compensation in the form of a commission of .5% of the gross sales price (inclusive of expenses); and, it is further

**ORDERED** that, if the Property is sold to NYC NPL Servicing LLC (or its assignee) by credit bid, Rosewood shall be entitled to compensation in the form of a commission of .5% of the gross sales price (inclusive of expenses); and, it is further

**ORDERED**, that Rosewood shall be compensated in accordance with, and will file a final fee application for allowance of its compensation in accordance with section 330 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York and applicable law; and, it is further

**ORDERED** that, to the extent the Application is inconsistent with this Order, the terms of this Order shall govern; and, it is further

**ORDERED** that this Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

Dated: January 29, 2021
       New York, New York

                                       ***/s/ Sean H. Lane***
                                       Honorable Sean H. Lane
                                       United States Bankruptcy Judge

NO OBJECTION:

       William K. Harrington
       United States Trustee for Region 2

By:     _s/ Andrea B. Schwartz_
       Andrea B. Schwartz, Esq. Trial Attorney