UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                           Chapter 11

51 EAST 73RD ST LLC,                             Case No.: 20-10683 (SHL)

                        Debtor.
-----------------------------------------------------------------x

**ORDER SHORTENING TIME FOR THE HEARING ON THE CHAPTER 11 TRUSTEE'S MOTION FOR: (I) AN ORDER: (A) AUTHORIZING AND SCHEDULING A PUBLIC AUCTION SALE OF THE DEBTOR'S REAL PROPERTY; (B) APPROVING TERMS AND CONDITIONS OF SALE TO GOVERN THE PUBLIC AUCTION SALE OF THE DEBTOR'S REAL PROPERTY; (C) APPROVING THE FORM AND MANNER OF NOTICE OF THE PUBLIC AUCTION SALE OF THE DEBTOR'S REAL PROPERTY; (D) SCHEDULING A HEARING TO CONFIRM THE RESULTS OF THE PUBLIC AUCTION SALE; AND (E) WAIVING THE 14-DAY STAY PERIOD; AND (II) AN ORDER: (A) APPROVING THE SALE OF THE DEBTOR'S REAL PROPERTY FREE AND CLEAR OF ALL INTERESTS; AND (B) GRANTING RELATED RELIEF**

Upon the application dated May 27, 2021 ("Application") of Lori Lapin Jones, Esq., as Chapter 11 Trustee ("Trustee") of 51 East 73rd St LLC ("Debtor"), seeking entry of an Order scheduling a hearing on shortened notice of the Trustee's motion ("Motion") seeking entry of: (I) an Order: (a) authorizing and scheduling a public auction sale of the Debtor's real property for July 29, 2021 at 11:00 a.m. ("363 Sale"); (b) approving the proposed Terms and Conditions of Sale to govern the public auction sale of the 363 Sale; (c) approving the form and manner of notice of the 363 Sale; (d) scheduling a hearing to confirm the results of the 363 Sale; and (e) waiving the 14-day stay period; and (II) an Order, in a form to be submitted following the 363 Sale: (a) approving the sale of the Debtor's real property free and clear of all interests; and (b) approving and granting such other, further and different relief as this Court deems just and proper; and upon the Affirmation Pursuant to Local Rule 9077-1 in support of the Application; now, therefore, it is hereby

**ORDERED** that the Application to shorten time for notice of the hearing on the Motion is approved; and, it is further

**ORDERED** that a hearing on the Motion shall be held on **June 10, 2021 at 10:00 a.m.** ("Hearing") before the Honorable Sean H. Lane, United States Bankruptcy Judge; and, it is further

**ORDERED** that the Hearing will be conducted through Court Solutions (website: https://www.court-solutions.com/; telephone: (917) 746-7476) in accordance with General Order M-543. Instructions for participating in the telephonic Hearing using Court Solutions can be found on the Bankruptcy Court's website at http://www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigent-circumstances-created-covid-19, or by contacting Holly R. Holecek, Esq. at hrh@lhmlawfirm.com or (516) 826-6500 ext. 225; and, it is further

**ORDERED** that a copy of this Order and the Motion shall be served *as soon as possible and no later than* **May 28, 2021**: (i) by **electronic mail** to: (a) the United States Trustee; (b) the Debtor, through its counsel; (c) NYC NPL Servicing LLC, through its counsel; (d) Central Park Partners, LLC, through counsel, through its counsel; and (e) all entities who have requested notice under Bankruptcy Rule 2002; (ii) by **overnight mail** to: (a) all known parties who have asserted a lien or interest in the Property; and (b) Simone Ender; and (iii) by **first class mail** to: (a) all known creditors of the Debtor; and (b) applicable taxing and governmental units, and no further notice is necessary or required; and, it is further

**ORDERED** that objections, if any, to the Motion must be in writing, conform with the Bankruptcy Code, Bankruptcy Rules and the Local Rules, and be filed electronically with the Court on or before **June 7, 2021 by 2:00 p.m.**; and, it is further

**ORDERED** that proof of service in accordance with this Order shall be filed with the Court prior to the Hearing; and, it is further

**ORDERED** that the Trustee is authorized and directed to take such steps, execute such documents and expend such funds as may be reasonably necessary to effectuate and implement the terms and conditions of this Order.

Dated: May 27, 2021
      New York, New York

                                            ***/s/ Sean H. Lane***
                                            Honorable Sean H. Lane
                                            United States Bankruptcy Judge